IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICK GRAMLING; KAREY JOE FELTY;
JOHN FELTY; and KEITH FISHER                                    PLAINTIFFS

v.                          No. 3:15-cv-263-DPM

GREAT AMERICAN INSURANCE COMPANY                      DEFENDANT

ORDER

Plaintiffs' agreed motion for voluntary dismissal, № 9, is granted. FED. R. CIV. P. 41(a).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2015