IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICK GRAMLING; KAREY JOE FELTY;
JOHN FELTY; and KEITH FISHER                                              PLAINTIFFS

v.                                        No. 3:15-cv-263-DPM

GREAT AMERICAN INSURANCE COMPANY                                DEFENDANT

JUDGMENT

Plaintiffs' complaint is dismissed without prejudice. Each party must bear its own fees and costs.

_____
D.P. Marshall Jr.
United States District Judge

15 October 2015